UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 6 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Dick Criner )
) Case No. 11-42098
)
)
)
)
)
Debtor(s). )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of **Dick Criner**, seeking payment of funds previously unclaimed by **Dick Criner** (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that **Dick Criner** is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ 4,802.31 from the Treasury Registry to:

Dick Criner
1092 Snowshoe Way
Manteca, CA 95336

DATED: 3/6/13

_____
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)